# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 23208 |
| James Venzant, ) | |
| ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

National Registered Agents, Inc, Registered Agent for Kia Motors Finance, 208 S. LaSalle St., Suite 814, Chicago, IL 60604;

Ross C Williams, President for Kia Motors Finance, 3161 Michelson Dr., #1900, Irvine, CA 92612;

Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92738

See attached service list.

Please take notice that on June 13, 2019 at 9:30 a.m. I shall appear before the Honorable Timothy A. Barnes in Courtroom 744 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on May 23, 2019.

/s/ *Alexander Nohr*
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-23208<br>Northern District of Illinois<br>Eastern Division<br>Wed Apr 24 16:49:41 CDT 2019 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| American Web Loan<br>10026 S Mingo Rd Ste A<br>Tulsa, OK 74133-5717 | Aurora Emergency Associates, LTD<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Brandon Lefkowitz<br>29777 Telegraph Rd<br>Suite 2440<br>Southfield, MI 48034-7667 |
| Bright Lending<br>PO Box 578<br>Hays, MT 59527-0578 | CAPITALONE<br>c/o Pollack & Rosen, P.C<br>1825 Barrett Lakes Blvd Suite 510<br>Kennesaw, GA 30144-7519 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Cash Advance<br>6421 W. North Avenue<br>Oak Park, IL 60302-1003 | Cash City Loans<br>10334 S. Harlem<br>Palos Hills, IL 60465-2036 |
| City of Chicago - Dep't of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Ste. 600<br>Chicago, IL 60604-3517 | Credit Box<br>P.O. Box 168<br>Des Plaines, IL 60016-0003 |
| CreditBox.com, L.L.C.<br>P.O. Box 2447<br>Des Plaines, IL 60017-2447 | Hyundai Capital America DBA<br>Kia Motors Finance<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 | KIA MOTORS FINANCE<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 |
| KOHLS/CAPONE<br>PO BOX 3115<br>MILWAUKEE, WI 53201-3115 | Landlord<br>1245 N Kildare<br>Chicago, IL 60651-1706 | Little Company of Mary<br>PO Box 97677<br>Chicago, IL 60678-7677 |
| National Registered Agents, Inc<br>289 S Culver St<br>Lawrenceville, GA 30046-4805 | ROSS C WILLIAMS<br>3161 MICHELSON DR #190<br>Irvine, CA 92612-4400 | Silver Cloud Financial<br>635 East Hwy 20C<br>Upper Lake, CA 95485 |
| Solid Oak Finance<br>P.O. Box 12101<br>Santa Rosa, CA 95406-2101 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Brittney Mansfield<br>The Semrad Law Firm, LLC<br>20 S Clark St.<br>28th Floor<br>Chicago, IL 60603-1811 |
| James Venzant<br>14202 S Tracy Ave<br>Riverdale, IL 60827-2340 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

Rodion Leshinsky
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603-1811

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 23208 |
| James Venzant, ) | |
| ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, James Venzant, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtors state the following:

1. On August 16, 2018, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On November 1, 2018, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10% of their allowed claims.

4. The Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $525.00 monthly for 36 months.

5. On February 24, 2019, Debtor's 2015 Kia Optima was deemed a total loss.

6. Debtor's 2015 Kia Optima was fully insured with Esurance and the payout amount was $10,665.00.

7. On May 16, 2019, this Honorable Court entered an Order Granting Motion to Authorize insurance company to release insurance proceeds.

8. Debtor respectfully requests this Honorable Court to decrease the current Chapter 13 plan payment to $395.00 per month.

9. Debtor further requests this Honorable Court to remove Kia Motors Finance from Section 3.2 of the plan.

10. Debtor is in a position to proceed with the instant case.

11. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order decreasing the current Chapter 13 plan payment to $395.00 per month; and

B. That this Honorable Court enter an Order removing Kia Motors Finance from Section 3.2 of the plan; and

C. For such other and further relief as the Court deems fair and proper.


Respectfully submitted,

*/s/ Alexander Nohr* ___
*Attorney for Debtors*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625